UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

BRANDON PIERCEFIELD, as Personal Representative of the ESTATE OF DAVID L. MEYERS, Deceased

Civil Case # 1:21-cv-06533-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Brandon Piercefield, as Personal Representative of the Estate of David L. Meyers, Deceased, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:21-cv-06533-RLY-TAB.

Dated: August 20, 2025.

        Respectfully Submitted,

        */s/ Thomas Wm. Arbon*
        Thomas Wm. Arbon, TX Bar No. 01284275
        **Ben Martin Law Group, PLLC**
        3141 Hood Street, Suite 600
        Dallas, TX 75219
        Tel.: (214) 761-6614
        Fax: (214) 744-7590
        tarbon@bencmartin.com

        ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon
